**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MANUEL RAMIREZ VILLALBA, ) | NO. CV13-4843-AG (AS) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| FEDERAL OFFICIALS, ET. AL., ) | |
| Defendants. ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 29, 2014

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE